AO 442 (Rev 11/11) Arrest Warrant

DJP/BB 2020R00026

# UNITED STATES DISTRICT COURT
for the
District of Maryland

United States of America
v.

Hana Khidir Abdalla,

*Defendant*

Case No. PX20CR14

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Hana Khidir Abdalla

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

On or about February 21, 2017 and June 7, 2017, Hana Khidir Abdalla, is charged with Destruction, Alteration, and Falsification of Records in a Federal Investigation, 18 U.S.C. §§ 1519, 2.

Date: Jan 13, 2020

City and state: Greenbelt, MD

*Issuing officer's signature*

Charles B. Day, United States District Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6/14/22, and the person was arrested on *(date)* 7/30/22
at *(city and state)*

Date: 7/30/22

*Arresting officer's signature*

Edwin Donado
*Printed name and title*