## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND
#### OFFICE OF THE CLERK

Catherine M. Stavlas, Clerk
David E. Ciambruschini, Chief Deputy
Elizabeth B. Snowden, Chief Deputy

Reply to Southern Division Address

August 2, 2022

### RECEIPT FOR SURRENDER OF PASSPORT

USA v. Hana Khidir Abdalla
8:20−cr−00014−PX *SEALED*

Received 8/2/2022 from Caitlin R. Cottingham, one passport ending with 2394 issued by the country of United States of America which is being surrendered to the Court as a special condition of the defendant's release. This passport is to be held in the custody of the Court until further ordered. Following the termination of these proceedings, the Clerk will order the destruction of any passport in custody beyond twenty years from date of issuance of the passport.

Very truly yours,

_____/s/_____
Catherine M. Stavlas
Clerk, U.S. District Court
District of Maryland
prepared by: M. Giron